March 28th, 2020

Court Clerk, US District Court

Eastern District of California, Sacramento Division

Room 4-200 on the 4th Floor

Robert T. Matsui United States Courthouse,

501 "I" Street, Sacramento, CA 95814



FILED

APR 01 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

Subject: Fraudulent use of my name, in Company NOT registered/owned by me

CASE No: 2:20-CV-00541-JAM-AC

Dear Court Clerk,

Please ref. above case number in subject line, copy of the notice that was delivered to me is also attached here. I do hereby declare:

I don't have anything to do with the company "**360 Digital Marketing LLC (360 Digital) , Reckon Media LLC (Reckon), GHOSTWRITER (GhostWriter), Video Animation Inc (Video), WIKI Professionals Inc (WIKI), Trademark Terminal (TRADEMARK)" . Someone is using my name fraudulently,** in this company.

I have NEVER owned or associated with any business of this company.

Since I don't have to do anything with this company, my name should be removed from this case.

I am attaching here copy of my Driver's License also.

Best regards,

*[signature]*

Yousuf Salman

Resident of : 22015 Bridgestone Pine CT, Spring TX, 77388



**Texas**
DRIVER LICENSE
USA TX

4d DL **23380159**   9 Class **C**
4a Iss **03/29/2018**   4b Exp **04/14/2024**
3 DOB   **/1965**
1 SALMAN
2 YOUSUF ALI
8 22015 BRIDGESTONE PINE CT
SPRING TX 77388-0000

12 Restrictions **NONE**   9a End **NONE**
16 Hgt **5'-11"**   15 Sex **M**   18 Eyes **BRO**
5 DD 20214800132259117334