April 7th, 2020

Court Clerk, US District Court

Eastern District of California, Sacramento Division

Room 4-200 on the 4th Floor

Robert T. Matsui United States Courthouse,

501 "I" Street, Sacramento, CA 95814



FILED

APR 1 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Subject: Fraudulent use of my name, in Company NOT registered/owned by me

**CASE No: 2:20-CV-00541-JAM-AC**

Dear Court Clerk,

Please ref. above case number in subject line, copy of the notice that was delivered to me is also attached here. I do hereby declare:

I don't have anything to do with the company "**360 Digital Marketing LLC (360 Digital) , Reckon Media LLC (Reckon), GHOSTWRITER (GhostWriter), Video Animation Inc (Video), WIKI Professionals Inc (WIKI), Trademark Terminal (TRADEMARK)" . Someone is using my name fraudulently,** in this company.

I have NEVER owned or associated with any business of this company.

Since I don't have to do anything with this company, my name should be removed from this case.

I am attaching here copy of my Driver's License also.

Best regards,

Yousuf Salman

Resident of : 22015 Bridgestone Pine CT, Spring TX, 77388



USA
TX

**Texas**

## DRIVER LICENSE

4d DL **23380159**   9 Class **C**
4a Iss **03/29/2018**   4b Exp **04/14/2024**
3 DOB ███████**1965**
1 **SALMAN**
2 **YOUSUF ALI**
8 **22015 BRIDGESTONE PINE CT**
**SPRING TX 77388-0000**

12 Restrictions **NONE**   9a End **NONE**
16 Hgt **5'-11"**   15 Sex **M**   18 Eyes **BRO**
5 DD **20214800132259117334**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARK AUSSIEKER ,

V.

<b>SUMMONS IN A CIVIL CASE</b>

360 DIGITAL MARKETING LLC , ET AL. ,

CASE NO: **2:20−CV−00541−JAM−AC**

TO: **360 Digital Marketing LLC, Reckon Media
LLC, Salman Yousuf**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628**

an answer to the complaint which is served on you with this summons, within **21** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**KEITH HOLLAND**
_____
CLERK

/s/ **K. Zignago**
_____



(By) DEPUTY CLERK

**ISSUED ON 2020−03−11 13:20:52.0** , Clerk
USDC EDCA

Case 2:20-cv-00541-JAM-AC   Document 8   Filed 04/13/20   Page 4 of 4

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify) : _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                    *Signature of Server*

                                                    _____
                                                    *Address of Server*