UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>    Plaintiff,<br><br>    v.<br><br>360 DIGITAL MARKETING, et al.,<br><br>    Defendants. | No. 2:20-cv-000541 JAM AC PS<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

    Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On March 11, 2020, plaintiff filed this action against 360 Digital Marketing LLC, Reckon Media LLC (collectively, "defendant organizations") and Salman Yousuf. ECF No. 1. On March 23, 2020, defendant Yousuf, appearing in pro se, filed an Answer indicating that he is not affiliated with the defendant organizations, and asserting that his name has been used fraudulently in connection with them. ECF No. 5. Yousuf filed two more notices of non-affiliation. ECF Nos. 7, 8. On May 11, 2020, plaintiff submitted a notice of voluntary dismissal without prejudice as to defendant Yousuf only. ECF No. 9. The defendant organizations have not yet appeared.

    Because defendant Yousuf filed an answer, plaintiff cannot dismiss the case against him without leave of court. Fed. R. Civ. P. 41(a)(1)(A). However, the undersigned has considered the fact that defendant Yousuf did not file any counterclaims, and has expressed his desire to be

1 dismissed from this case to the court three times by notifying plaintiff and the court that he was
2 incorrectly named.  Under these circumstances, the court finds dismissal appropriate.  Thus,
3 pursuant to Fed. R. Civ. P. 41(a)(2), it is HEREBY RECOMMENDED that defendant Salman
4 Yousuf be dismissed from this action without prejudice.

5 These findings and recommendations are submitted to the United States District Judge
6 assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one
7 (21) days after being served with these findings and recommendations, any party may file written
8 objections with the court.  Such document should be captioned "Objections to Magistrate Judge's
9 Findings and Recommendations."  Local Rule 304(d).  Failure to file objections within the
10 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
11 F.2d 1153 (9th Cir. 1991).
12 DATED: May 18, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE