Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

**FILED**

JUN 12 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER | 2:20-cv-00541-JAM-AC |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE |
| v. | |
| 360 Digital Marketing, LLC, Et Al, | |
| Defendant. | |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), I voluntarily dismiss:

☒ THE ENTIRE CASE

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

*/s/ Mark Aussieker*
Mark Aussieker

06/10/2020

1

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628



Clerk of the United States District Court Eastern District of California, Sacramento Division
Room 4-200
501 "I" Street
Sacramento, 95814.



No.   2:20-cv-00541-JAM-AC
Notice of dismissal

Mark Aussieker
p. 916-705-8006
f.  916-721-2480