UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>360 DIGITAL MARKETING, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-00541 JAM AC PS<br><br><br>ORDER |

　　　Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　On May 18, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 10. Neither party has filed objections to the findings and recommendations.

　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed May 18, 2020, are adopted in full;

　　　2. Defendant Salman Yousuf is dismissed from this action without prejudice.

////

3. On June 16, 2020, plaintiff filed a Notice of Voluntary Dismissal, ECF No. 16. The remaining defendants are dismissed and this case is closed.

DATED: June 15, 2020

                                              /s/ John A. Mendez_____

                                              United States District Court Judge