## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**MARK AUSSIEKER,**

CASE NO: **2:20−CV−00541−JAM−AC**

v.

**360 DIGITAL MARKETING LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/16/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **June 16, 2020**

by: /s/ A. Coll
Deputy Clerk